Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM, PC
100 Pine St., Ste. 530
San Francisco, CA 94111
Telephone:   (415) 273-3504
Facsimile:    (415) 358-4116

Attorney for Plaintiffs,
MAHESWARA LINGAREDDY AND SILPA C. PATANATI,
individually and as TRUSTEES OF THE LINGAREDDY
FAMILY TRUST DATED DECEMBER 9, 2016;
LINGAREDDY FAMILY TRUST DATED DECEMBER 9, 2016

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHESWARA LINGAREDDY AND SILPA C. PATANATI, individually and as TRUSTEES OF THE LINGAREDDY FAMILY TRUST DATED DECEMBER 9, 2016; LINGAREDDY FAMILY TRUST DATED DECEMBER 9, 2016<br><br>Plaintiffs,<br><br>v.<br><br>RUBICON MORTGAGE FUND, LLC; MORTGAGE LENDER SERVICES, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  3:23-cv-06467-JD<br><br>**SUPPLEMENTAL DECLARATION OF JESSICA GALLETTA IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br><br>Complaint Filed: December 14, 2023 |

I, Jessica Galletta, do declare and state:

1. I am an associate at the Shapero Law Firm, counsel for Plaintiff herein. I have personal knowledge of the following facts and, if called as a witness I could, and would, competently testify as to their veracity.

2. On December 20, 2023 at approximately 11:26 am PST, I emailed attorneys Spencer Sheer and Reilly Wilkinson of Scheer Law Group, counsel for Defendant Rubicon Mortgage Fund, LLC, to provide notice of the instant Ex Parte Application. The notice was sent via email to sscheer@scheerlawgroup.com and rwilkinson@scheerlawgroup.com and was transmitted successfully.

3. On December 20, 2023 at approximately 1:15 pm, I emailed Defendant Mortgage Lender Services Inc. to provide it notice of the instant Ex Parte Application. The email was sent to support@mtglenderservices.com and was transmitted successfully.

4. The email stated, "Please be advised that Plaintiffs will be filing an Ex Parte Application for Temporary Restraining Order to enjoin the December 22, 2023 foreclosure sale of their property located at 1853 Via Di Salerno, Pleasanton, CA 94566. Plaintiffs' Ex Parte Application will be filed in Case Number 3:23-cv-06467-JD of the United States District Court - Northern District of California.".

5. Following preparation of the prior declaration regarding notice, Mr. Scheer notified Shapero Law Firm of his intent to oppose the Ex Parte Application and attend any scheduled hearing.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed December 20, 2023 in Charlotte North Carolina.

/s/ Jessica Galletta  
Jessica Galletta, Esq.